77,653-04

Cause A 14,947

Thomas R. Poole
v.
State of Texas

173rd District Court
Honorable Judge Moore
100 E Tyler Room 203
Henderson Texas 75751

*

*

*

Writ of Mandamus

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 30 2015

Abel Acosta, Clerk

Respectfully Submitted
Thomas Poole

Pro se

cause A-14-947

Thomas Poole                                  173rd District Court
        V.                                    Honorable Judge Dan Moore
State of Texas                  *

                                *

                                *

        Writ    of    Mandamus

RE: TO said cause Number for Habeas Corpus 11.07

I Thomas Poole pro se file this writ of Mandamus within the Criminal court of Appeal to Compell said said District to send Writ of Habeas Corpus 11.07 onto the Higher Court.

                                        Respectfully Submitted
                                        Thomas Poole

Prayer

Wherefore Premises Prays that this court will grant this My Writ of Mandamus to Compell the District Court of said Cause to send Writ of Habeas Corpus 11.07 onto you the Higher Court of Appeal

Respectfully Submitted
Thomas Poole

Certificate of Service

I Thomas Poole hereby Certify that the Information within this Writ of Mandamus is to the best of my Knowledge is True and Correct.

Respectfully Submitted
Thomas Poole
TDC# 15/9076   Chaise Field Trustee Camp
975 Alstie
Bee Texas 78102

cause A-14-947

Thomas R. Poole
V.
State of Texas

\*

\*

\*

173rd District court
Honorable Judge Dan Moore
100 E. Tyler Room 203
Henderson Texas 75751

Writ      of      Mandamus

Respectfully Submitted
Thomas Poole
Pro se

Cause A-14 947

Thomas Poole
v.
State of Texas

173rd District Court
Honorble Judge Dan Moore
100 E Tyler Room 203
Henderson Texas 75751

Writ of Mandamus

RE: To said Cause Number for States Responce to Writ of Habeas Corpus 11.07

I Thomas Poole file this Writ of Mandamus within the Criminal Court of Appeal to compell said District Court to send me a copy of States Responce to Writ of Habeas Corpus 11.07. There was a Motion filed the Latter part of Febauary for said responce there is no compliance to said Motion.

## Prayer

Wherefore Premises Prays that this court will Compell said District court to Send me said response to Habeas Corpus 11.07 for my files.

Respectfully Submitted
Thomas Poole

## Certificate of Service

I Thomas Poole, Certify that to the best of my Knowledge within said Writ of Mandamus is True and Correct.

TDC #1519076

Respectfully Submitted
Thomas Poole
chouse field, Trustee camp
975 Of stie
Bee Texas 78102